IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>J & R ASSETS, RYAN FAST, JASON SAUER AND COOL INVESTMENTS, LLC.<br><br>Defendants. | CASE NO.: CV-23-33-BMM-JTJ<br><br>**ORDER** |

Pursuant to the Stipulation for Dismissal with Prejudice entered between the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED this matter is dismissed with prejudice and each party shall bear their own costs and attorney's fees.

DATED this 17th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court